IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Robinson, Francine H | Case Number: 07 B 11000 |
| | Judge: Squires, John H |
| Printed: 10/14/08 | Filed: 6/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 3, 2008
Confirmed: September 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,000.00 | |
| Secured: | | 11,330.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 670.00 |
| Other Funds: | | 0.00 |
| Totals: | 12,000.00 | 12,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Paul M Bach | Administrative | 2,774.00 | 0.00 |
| 2. | Citi Residential Lending Inc | Secured | 10,158.92 | 7,661.39 |
| 3. | Ford City Condominium Assoc | Secured | 5,670.00 | 3,668.61 |
| 4. | Ford City Condominium Assoc | Secured | 3,206.53 | 0.00 |
| 5. | Citi Residential Lending Inc | Secured | 24,046.27 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 2,169.89 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 3,720.79 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 500.00 | 0.00 |
| 9. | Allied Interstate | Unsecured | | No Claim Filed |
| 10. | Advocate Health Care | Unsecured | | No Claim Filed |
| 11. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 12. | AT&T | Unsecured | | No Claim Filed |
| 13. | AMCA | Unsecured | | No Claim Filed |
| 14. | CB USA | Unsecured | | No Claim Filed |
| 15. | Sears Consumer Finance | Unsecured | | No Claim Filed |
| 16. | Xelco | Unsecured | | No Claim Filed |
| 17. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 18. | Lemer | Unsecured | | No Claim Filed |
| 19. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 20. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 21. | Pioneer Credit | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 52,246.40 | $ 11,330.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Robinson, Francine H

Printed:  10/14/08

Case Number:  07 B 11000
Judge:  Squires, John H
Filed:  6/20/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 540.00 |
| 6.5% | 130.00 |
|  | _____ |
|  | $ 670.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

